IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST<br>DISTRIBUTION SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTPOINT SECURITY<br>SOLUTIONS, LLC,<br><br>    Defendant. | Case No: 1:18-cv-00187-RGA |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court and pursuant to an agreement between the parties, that Rothschild Broadcast Distribution Systems, LLC's claims and Frontpoint Security Solutions, LLC's non-infringement counterclaim in the above-captioned action be, and upon approval are, dismissed WITH PREJUDICE and Frontpoint Security Solutions, LLC's invalidity counterclaim be, and upon approval is, dismissed WITHOUT PREJUDICE. Each party shall bear its own costs, expenses and attorney fees.

| | |
|---|---|
| September 27, 2018 | STAMOULIS & WEINBLATT LLC |
| | |
| | <u>/s/ Stamatios Stamoulis</u> |
| | Stamatios Stamoulis (#4606) |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | (302) 999-1540 |
| | stamoulis@swdelaw.com |
| | |
| | *Attorney for Plaintiff* |
| | |
| | <u>/s/Philip A. Rovner</u> |
| | Philip A. Rovner (#3215) |
| | POTTER ANDERSON & CORROON LLP |
| | 1313 North Market Street |
| | Wilmington, DE 19801 |
| | (302) 984-6000 |
| | provner@potteranderson.com |
| | |
| | Carlos Perez-Albuerne |
| | Margaret E. Ives |
| | Phoebe Fischer-Groban |
| | CHOATE HALL & STEWART LLP |
| | Two International Place |
| | Boston, MA 02110 |
| | (617) 248-5000 |
| | |
| | *Attorneys for Defendant* |

**SO ORDERED:**

_____
Judge - United States District Court