## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FRONTPOINT SECURITY SOLUTIONS, LLC, <br><br> Defendant. | Case No: 1:18-cv-00187-RGA |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court and pursuant to an agreement between the parties, that Rothschild Broadcast Distribution Systems, LLC's claims and Frontpoint Security Solutions, LLC's non-infringement counterclaim in the above-captioned action be, and upon approval are, dismissed WITH PREJUDICE and Frontpoint Security Solutions, LLC's invalidity counterclaim be, and upon approval is, dismissed WITHOUT PREJUDICE. Each party shall bear its own costs, expenses and attorney fees.

September 27, 2018                                      STAMOULIS & WEINBLATT LLC

                                                                  */s/ Stamatios Stamoulis*
                                                                   Stamatios Stamoulis (#4606)
                                                                   Two Fox Point Centre
                                                                   6 Denny Road, Suite 307
                                                                   Wilmington, DE 19809
                                                                   (302) 999-1540
                                                                   stamoulis@swdelaw.com

                                                                   *Attorney for Plaintiff*


                                                                  */s/Philip A. Rovner*
                                                                   Philip A. Rovner (#3215)
                                                                   POTTER ANDERSON & CORROON LLP
                                                                   1313 North Market Street
                                                                   Wilmington, DE 19801
                                                                   (302) 984-6000
                                                                   provner@potteranderson.com

                                                                   Carlos Perez-Albuerne
                                                                   Margaret E. Ives
                                                                   Phoebe Fischer-Groban
                                                                   CHOATE HALL & STEWART LLP
                                                                   Two International Place
                                                                   Boston, MA 02110
                                                                   (617) 248-5000

                                                                  *Attorneys for Defendant*


**SO ORDERED:**

                                                                  *[Signature]*
                                                                   Judge - United States District Court

8910212v1